STATE OF NEW JERSEY v. LEVERT EVANS.

December 9, 1980.

Petition for certification denied.

IN THE MATTER OF 19 KENT STREET, NEWARK, N.J.

December 9, 1980.

Petition for certification denied.

LEWIS L. MAZZA v. EVERETT MOUNT.

December 9, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. DOMINICK CARUSO.

December 9, 1980.

Petition for certification denied.

VICTOR D'ARC v. MARY LEA J. D'ARC.

December 9, 1980.

Petition for certification denied.   (See 175 *N.J.Super.* 598)